1100

No. 11–7296.  STURDIVANT v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 11–7300.  KELLUM v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–7302.  JACKSON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 11–7304.  REID v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–7308.  TURNER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 11–7315.  DANDOR v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–7318.  LECCO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–7321.  EATON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–7322.  DRAUGHN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–7323.  MORGAN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–7329.  DAVIS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–277.  OHIO v. D. B.  Sup. Ct. Ohio.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 11–434.  MORTENSEN v. BROWN ET AL.  Sup. Ct. Cal.  Motion of ACA International for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 11–436.  KENNIASTY v. BIONETICS CORP.  Sup. Ct. Fla. Motion of respondent for attorney's fees pursuant to this Court's Rule 42.2 denied.  Certiorari denied.